| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WARREN SCHNEIDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOBILEIRON, INC., et al<br><br>　　　　　Defendant. | Case No. 15-cv-04404   NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Samuel Conti to determine whether it is related to 3:15-cv-01984 SC, Salman Panjwani, et al., v. MobileIron, Inc, et al.

IT IS SO ORDERED.

Date:   September 28, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-04404 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES